In the Matter of DAVID E. BERG, Petitioner, against HAROLD W. MARSH et al., as Commissioners of the Municipal Civil Service Commission of the City of New York, Defendants.

Submitted December 3, 1945; decided December 6, 1945.

*Ignatius M. Wilkinson*, Corporation Counsel (*Morris Shapiro* of counsel), for motion.

*Samuel. W. Sherman* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the order does not finally determine the proceeding within the meaning of the Constitution.